| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Ray, Jr., Hal R. | 2. Court or Organization U. S. District Court for the Northern District of Texas | 3. Date of Report 02/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

1000 Lamar Street
Room 203
Wichita Falls, TX 76301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust # 1 |
| 2. | Independent Executor | Estate # 1 |
| 3. | Attorney-in-Fact | Family member |
| 4. | President, Chairman of the Board, and sole director | You're On!, Inc. |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06-24-2016 | Pope law firm will pay partnership interest through 08-31-16, pay one other fee, if applicable, send oil and gas checks, and keep table, chair. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Teacher Retirement System survivor pension | $25,302.00 |
| 2. | 2017 | E*Trade Securities LLC customer promotion for investing in account | $500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 (H) | | | | | | | | | |
| 2. - Cisco Systems Inc. common stock | B | Dividend | K | T | | | | | |
| 3. - Intel Corp common stock | B | Dividend | K | T | | | | | |
| 4. - Williams Companies Inc. common stock | B | Dividend | K | T | | | | | |
| 5. - Yum Brands, Inc. common stock | A | Dividend | J | T | | | | | |
| 6. - Yum China Holdings, Inc. common stock (spin off from #5) | A | Dividend | J | T | | | | | |
| 7. - Etrade Bank sweep account | A | Interest | M | T | | | | | |
| 8. - U.S. Savings Bonds | B | Interest | L | T | | | | | |
| 9. - BBVA Bank cash account | A | Interest | J | T | | | | | |
| 10. IRA # 1 (H) | | | | | | | | | |
| 11. - Vanguard Target Retirement Fund 2025 | A | Dividend | K | T | | | | | |
| 12. - Vanguard Target Retirement Fund 2030 | B | Dividend | M | T | | | | | |
| 13. - Vanguard Target Retirement Fund 2035 | A | Dividend | K | T | | | | | |
| 14. - Vanguard Target Retirement Fund 2040 | B | Dividend | L | T | | | | | |
| 15. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | Buy (add'l) | 09/29/17 | J | | |
| 16. - Vanguard Prime Money Market Fund | A | Dividend | J | T | Sold (part) | 09/29/17 | J | | |
| 17. - Vanguard Federal Money Market Fund | A | Dividend | K | T | Buy | 09/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 19. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 20.  IRA # 2 (H) | | | | | | | | | |
| 21.  - Vanguard Target Retirement Fund 2025 | C | Dividend | M | T | | | | | |
| 22.  - Vanguard Target Retirement Fund 2030 | C | Dividend | M | T | | | | | |
| 23.  - Vanguard Target Retirement Fund 2035 | D | Dividend | M | T | | | | | |
| 24.  - Vanguard Target Retirement Fund 2040 | C | Dividend | M | T | | | | | |
| 25.  - Vanguard Total Stock Market Index Fund | B | Dividend | L | T | Buy (add'l) | 11/13/17 | J | | |
| 26.  - Vanguard Prime Money Market Fund | A | Dividend | K | T | Sold (part) | 11/13/17 | J | | |
| 27.  - Vanguard Federal Money Market Fund | A | Dividend | K | T | Buy | 12/29/17 | K | | |
| 28.  IRA # 3 (H) | | | | | | | | | |
| 29.  - Vanguard Target Retirement Fund 2025 | A | Dividend | K | T | | | | | |
| 30.  - Vanguard Target Retirement Fund 2030 | A | Dividend | K | T | | | | | |
| 31.  - Vanguard Target Retirement Fund 2040 | A | Dividend | K | T | | | | | |
| 32.  - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | Buy (add'l) | 09/27/17 | J | | |
| 33.  - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 34.  - Vanguard Federal Money Market Fund | A | Dividend | L | T | Buy (add'l) | 02/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA # 4 (H) | | | | | | | | | |
| 36. - E*Trade Cash Account | A | Interest | | | Merged (with line 17) | 09/07/17 | J | | |
| 37. IRA # 5 (H) (Y) | | | | | | | | | |
| 38. - Prime Money Market Fund (Y) | | | | | | | | | |
| 39. IRA # 6 (H) | | | | | | | | | |
| 40. - E*Trade Cash Account | | None | | | Merged (with line 34) | 02/28/17 | J | | |
| 41. Account # 2 (H) | | | | | | | | | |
| 42. - Fidelity Cash Account | A | Interest | | | Merged (with line 149) | 09/06/17 | J | | |
| 43. - Fidelity Four in One Index Fund | A | Dividend | | | Merged (with line 125) | 01/06/17 | M | | |
| 44. Account # 3 (H) | | | | | | | | | |
| 45. - Vanguard Short-Term Tax Exempt Bond Fund | A | Interest | M | T | Sold (part) | 07/03/17 | J | | |
| 46. | | | | | Buy (add'l) | 08/15/17 | K | | |
| 47. | | | | | Sold (part) | 09/28/17 | J | | |
| 48. | | | | | Sold (part) | 11/13/17 | J | | |
| 49. | | | | | Buy | 11/27/17 | K | | |
| 50. - Vanguard Target Retirement Fund 2030 | D | Dividend | N | T | | | | | |
| 51. - Vanguard Target Retirement Fund 2035 | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Target Retirement Fund 2040 | D | Dividend | M | T | | | | | |
| 53. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 54. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 55. - Vanguard Municipal Money Market Fund | A | Dividend | J | T | Buy | 08/07/17 | K | | |
| 56. | | | | | Sold (part) | 08/15/17 | K | | |
| 57. - Vanguard Federal Money Market Fund | A | Dividend | M | T | Buy | 11/22/17 | M | | |
| 58. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 59. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 60. - Coca Cola Company common stock | B | Dividend | K | T | Spinoff (from line 105) | 11/21/17 | K | | |
| 61. - Pepsico Inc. common stock | A | Dividend | K | T | Spinoff (from line 106) | 11/21/17 | K | | |
| 62. - AT&T Inc. common stock | A | Dividend | J | T | Spinoff (from line 107) | 11/21/17 | J | | |
| 63. - Yum Brands Inc. common stock | A | Dividend | J | T | Spinoff (from line 109) | 11/21/17 | J | | |
| 64. - Yum China Holdings, Inc. common stock | | None | J | T | Spinoff (from line 110) | 11/21/17 | J | | |
| 65. - Addison, Texas CTFS Obligations Bond | | None | J | T | Spinoff (from line 111) | 11/21/17 | J | | |
| 66. - Denton Co., Texas Bond | | None | J | T | Spinoff (from line 113) | 11/21/17 | J | | |
| 67. -Bridgeport Independent School District Bond | | None | J | T | Spinoff (from line 112) | 11/21/17 | J | | |
| 68. - Edinburg, Texas Local Government Bond | | None | J | T | Spinoff (from line 115) | 11/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - El Paso County, Texas Hospital District Bond | | None | J | T | Spinoff (from line 116) | 11/21/17 | J | | |
| 70. - Harris County, Texas Cultural Educational Facilities Bond | | None | J | T | Spinoff (from line 117) | 11/21/17 | J | | |
| 71. - Illinois Finance Authority Bond | | None | J | T | Spinoff (from line 118) | 11/21/17 | J | | |
| 72. - Lower Colorado River Authority Bond | | None | J | T | Spinoff (from line 119) | 11/21/17 | J | | |
| 73. - Texas Transportation Commission Bond | | None | J | T | Spinoff (from line 121) | 11/21/17 | J | | |
| 74. - Tyler, Texas Health Facilities Development Corp. Bonds | | None | K | T | Spinoff (from line 122) | 11/21/17 | K | | |
| 75. Account # 4 (H) | | | | | | | | | |
| 76. - Vanguard 529 Plan Moderate Age-Based Option: Income Portfolio Fund | | None | K | T | | | | | |
| 77. Account # 5 (H) | | | | | | | | | |
| 78. - Vanguard 500 Index Fund | C | Dividend | M | T | Buy (add'l) | 02/13/17 | L | | |
| 79. - Vanguard Extended Market Index Fund | B | Dividend | M | T | Buy | 02/13/17 | L | | |
| 80. - Vanguard High Dividend Yield Index Fund | C | Dividend | M | T | Buy | 02/13/17 | M | | |
| 81. - Vanguard Prime Money Market Fund | A | Dividend | | | Sold | 02/13/17 | M | | |
| 82. - Vanguard Federal Money Market Fund | A | Dividend | K | T | Sold (part) | 02/13/17 | M | | |
| 83. - Altria Group Inc. common stock | A | Dividend | J | T | | | | | |
| 84. - American Electric Power Co. common stock | C | Dividend | M | T | | | | | |
| 85. - AT&T common stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Bank America Corp. common stock | | None | | | Sold | 01/05/17 | J | A | |
| 87. - E.I. DuPont de Nemours & Company common stock | A | Dividend | K | T | Sold (part) | 09/08/17 | J | A | |
| 88. - Energy Transfer Partners Unit Ltd. Partnership units | A | Dividend | J | T | | | | | |
| 89. - Entergy Corp. common stock | B | Distribution | K | T | | | | | |
| 90. - ExxonMobil Corp. common stock | A | Dividend | | | Sold | 12/28/17 | J | | |
| 91. - General Electric Company common stock | A | Dividend | J | T | | | | | |
| 92. - GlaxoSmithKline PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 93. - Intel Corp. common stock | A | Dividend | J | T | | | | | |
| 94. - Merck & Company Inc. common stock | A | Dividend | J | T | | | | | |
| 95. - Microsoft Corporation common stock | A | Dividend | J | T | | | | | |
| 96. - Nextera Energy Inc. common stock | C | Dividend | M | T | | | | | |
| 97. - Pepsico Inc. common stock | A | Dividend | J | T | | | | | |
| 98. - Westar Energy Inc. common stock | A | Dividend | K | T | | | | | |
| 99. - American Municipal Power of Ohio Inc. bond | A | Interest | J | T | | | | | |
| 100. - Grand River Dam Authority of Oklahoma bond | A | Interest | J | T | | | | | |
| 101. - Keller Texas Independent School District bond | A | Interest | | | Redeemed | 08/15/17 | J | | |
| 102. - Port of Oakland California bond | A | Interest | | | Redeemed | 11/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Account 6 (H) | | | | | | | | | |
| 104.  - Berkshire Hathaway common stock | | None | | | Sold | 05/04/17 | J | | |
| 105.  - Coca Cola Company common stock (merged with line 60) | B | Dividend | | | | | | | |
| 106.  - Pepsico Inc. common stock (merged with line 61) | A | Dividend | | | | | | | |
| 107.  - AT&T Inc. common stock (merged with line 62) | A | Dividend | | | | | | | |
| 108.  - ExxonMobil common stock | A | Dividend | | | Sold | 06/08/17 | J | | |
| 109.  - Yum Brands Inc. common stock (merged with line 63) | A | Dividend | | | | | | | |
| 110.  - Yum China Holdings, Inc. common stock (merged with line 64) | | None | | | | | | | |
| 111.  - Addison, Texas CTFS Obligations Bond (merged with line 65) | A | Interest | | | | | | | |
| 112.  - Bridgeport Independent School District Bond (merged with line 67) | A | Interest | | | | | | | |
| 113.  - Denton Co., Texas Bond (merged with line 66) | A | Interest | | | | | | | |
| 114.  - Eagle Mountain & Saginaw ISD School Bond | A | Interest | | | Redeemed | 08/15/17 | J | | |
| 115.  - Edinburg, Texas Local Government Bond(merged with line 68) | A | Interest | | | | | | | |
| 116.  - El Paso County, Texas Hospital District Bond (merged with line 69) | A | Interest | | | | | | | |
| 117.  - Harris County, Texas Cult Edu Facs Bond (merged with line 70) | A | Interest | | | | | | | |
| 118.  - Ilinois Finance Authority Bond (merged with line 71) | A | Interest | | | | | | | |
| 119.  - Lower Colorado River Authority Bond (merged with line 72) | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Prosper ISD Bond | B | Interest | | | Redeemed | 02/15/17 | K | | |
| 121. - Texas Transportation Commission Bond (merged with line 73) | A | Interest | | | | | | | |
| 122. - Tyler, Texas Health Facs Dev Corp. Bonds (merged with line 74) | B | Interest | | | | | | | |
| 123. - E*Trade Cash Account | A | Interest | | | Merged (with line 57) | 11/22/17 | M | | |
| 124. Account 7 (H) | | | | | | | | | |
| 125. - Fidelity Four in One Index Fund (X) | A | Dividend | M | T | | | | | |
| 126. - Abbie, Inc. common stock | A | Dividend | J | T | | | | | |
| 127. - Abbot Labs common stock | A | Dividend | J | T | | | | | |
| 128. - American Electric Power Inc. common stock | A | Dividend | J | T | | | | | |
| 129. - Applied Materials Inc. common stock | A | Dividend | K | T | | | | | |
| 130. - Apache Corp. common stock | A | Dividend | | | Sold | 12/27/17 | J | | |
| 131. - Caterpillar Inc. common stock | A | Dividend | J | T | | | | | |
| 132. - CME Group Inc. common stock | A | Dividend | J | T | | | | | |
| 133. - Cummins Inc. common stock | A | Dividend | J | T | | | | | |
| 134. - CSX Corp. common stock | A | Dividend | J | T | | | | | |
| 135. - Chevron Corp. common stock | A | Dividend | J | T | | | | | |
| 136. - DXC Technology Co. (spin off of line # 139) common stock (X) | A | Dividend | | | Sold (part) | 04/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/29/17 | J | A | |
| 138. - Huntington Bancshares Inc. common stock | A | Dividend | J | T | | | | | |
| 139. - HollyFrontier Corp. common stock | A | Dividend | | | Sold | 12/29/17 | J | A | |
| 140. - Hewlett Packard Enterprise Co. common stock | A | Dividend | | | Sold | 12/29/17 | J | A | |
| 141. - HP Inc. common stock | A | Dividend | | | Sold | 12/29/17 | J | A | |
| 142. - Harris Corp. common stock | A | Dividend | K | T | | | | | |
| 143. - Humana Inc. common stock | A | Dividend | K | T | | | | | |
| 144. - Mondelez International Inc. common stock | A | Dividend | J | T | | | | | |
| 145. - Merck & Co., Inc. common stock | A | Dividend | J | T | | | | | |
| 146. - Micro Focus Intl PLC (spin off of line # 139) common stock (X) | A | Dividend | | | Sold (part) | 09/29/17 | J | A | |
| 147. | | | | | Sold | 12/29/17 | J | A | |
| 148. - ExxonMobil Corp. common stock | A | Dividend | | | Sold | 06/08/17 | J | | |
| 149. - E*Trade Cash Account | A | Interest | J | T | | | | | |
| 150. - Miscellaneous (H) | | | | | | | | | |
| 151. - Walt Disney Company common stock | B | Dividend | M | T | | | | | |
| 152. - MetLife, Inc. common stock | A | Dividend | J | T | | | | | |
| 153. - Brighthouse Financial, Inc. (spin off of line # 151) common stk (X) | | None | J | T | Spinoff (from line 152) | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Simmons First Nat. Corp. (formerly First Texas BHC, Inc) com stk | | None | L | T | Distributed (part) | 11/06/17 | J | | |
| 155. - Texas Tomorrow Fund account | | None | K | V | | | | | |
| 156. - HSA Bank | A | Interest | K | T | | | | | |
| 157. - Bank of America cash accounts | A | Interest | O | T | | | | | |
| 158. - American General Life Insurance Co. cash value of policies | B | Interest | K | T | | | | | |
| 159. - Jackson National Life Insurance Co. cash value of policy | C | Interest | L | T | | | | | |
| 160. - Jackson National Life Ins Co (formerly Reassure) policy cash value | A | Interest | J | T | | | | | |
| 161. - MetLife, Inc. cash value of policy | A | Interest | J | T | | | | | |
| 162. - Royalty Interests, Tarrant County, Texas | D | Royalty | K | V | | | | | |
| 163. - Working Interests, Bonds Ranch Wells, Tarrant County, Texas | D | Royalty | J | W | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 02/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On Part I, line 2, Estate # 1 has no reportable assets. On Part VII, lines 60 through 74; the spinoffs from lines 105-107, 109-113, 115-119, and 121-122; and the transactions on lines 57 and 123 were as a result of a transfer of the assets in an account to another investment company on 11-21-17 and 11-22-17. On Part VII, line 155, the value of the Texas Tomorrow Fund account is calculated by multiplying the number of credit hours remaining under the contract by the per hour value set each year by the Fund. In Part VII, line 162, the value of the royalty interests is based on the property tax values assigned by the appraisal district. In Part VII, line 163, the estimated value of the Working Interest is based on a multiple of historical cashflow from the interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   s/ **Hal R. Ray, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544